UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

ROYAL HOSPITALITY LLC
d/b/a Comfort Suites,

Case No. 10-13090

Debtor.

## CHAPTER 11 AFFIDAVIT
## PURSUANT TO LOCAL RULE 2015-6

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF ALBANY     )

MARILYN E. STARK, being duly sworn, deposes and says:

1. I am a Member of Royal Hospitality LLC d/b/a Comfort Suites, the Debtor in this Chapter 11 proceeding, and am familiar with the matters set forth herein.

2. Royal Hospitality LLC d/b/a Comfort Suites is a New York limited liability company formed in 2006. It operates the Comfort Suites, located at 1533 State Route 9, Lake George, New York, in the County of Warren.

3. This case is filed as a voluntary Chapter 11 and there have been no further proceedings in this case.

4. Upon information and belief, no unsecured creditors' committee has yet been organized and no attorney has been retained by the unsecured creditors' committee.

5. The Debtor has approximately 4 secured creditors and approximately 26 unsecured creditors.

6. The Debtor's twenty (20) largest unsecured creditors, excluding insiders, and their addresses and the amount of each claim, are set forth in the list of 20 largest creditors annexed hereto as Exhibit "A".

7. None of the Debtor's property is held by a custodian, public officer, mortgagee, pledgee, assignment of rents or secured creditor. However, CIT Lending Services Corporation has commenced a foreclosure action.

8. My current draw from Royal Hospitality LLC d/b/a Comfort Suites is $1,000.00 per week.

9. The Debtor is based in Lake George, New York, in the County of Warren.

10. The Debtor believes that it will have sufficient cash reserves and operating income to meet post-petition expenses as they arise in the ordinary course.

11. The Debtor's books and records are located at the offices of its accountant, Ormondo S. Leombruno, CPA, P.C., 565 Bay Road, Queensbury, New York.

12. The Debtor intends to operate its business in Chapter 11.

13. A copy of the Debtor's most recent tax return (for the year 2009) is annexed hereto as Exhibit "B".

14. A copy of the Debtor's cash flow projections through October, 2010 is annexed hereto as Exhibit "C".

000160/00438 Litigation 7584330v1

15. This Affidavit is submitted pursuant to Local Rule 2015-6.

ROYAL HOSPITALITY LLC
d/b/a COMFORT SUITES

By: *Marilyn E. Stark*
Marilyn E. Stark
Member

Sworn to before me this
17th day of August, 2010

*Georgia I. Russo*
Notary Public

GEORGIA I. RUSSO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 4722236
QUALIFIED IN RENSSELAER COUNTY
COMMISSION EXPIRES AUGUST 31, 2014

3