**EXHIBIT "A"**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of New York

In re   ROYAL HOSPITALITY LLC d/b/a COMFORT SUITES      Case No. _____
                                                       Debtor(s)      Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| American Hotel Register Company<br>16458 Collections Center Drive<br>Chicago, IL 60693 | American Hotel Register Company<br>16458 Collections Center Drive<br>Chicago, IL 60693<br>800-323-5686 | Supplies | | 1,392.94 |
| American Lawn Landscape<br>38 Bonner Drive<br>Queensbury, NY 12804-1002 | American Lawn Landscape<br>38 Bonner Drive<br>Queensbury, NY 12804-1002<br>518-798-4202 | Landscaping | | 971.24 |
| Autocrat, Inc.<br>10 Blackstone Valley Place<br>Lincoln, RI 02865 | Autocrat, Inc.<br>10 Blackstone Valley Place<br>Lincoln, RI 02865<br>401-333-3300 | Coffee, Supplies | | 1,332.78 |
| Choice Hotels International<br>Travel Agent Program<br>P.O. Box 79882<br>Baltimore, MD 21279-9882 | Choice Hotels International<br>Travel Agent Program<br>P.O. Box 79882<br>Baltimore, MD 21279-9882<br>301-592-6203 | Travel Agent Commissions for July, 2010 | | 5,847.27 |
| Choice Hotels International<br>P.O. Box 99992<br>Chicago, IL 60696-7792 | Choice Hotels International<br>P.O. Box 99992<br>Chicago, IL 60696-7792<br>301-592-5020 | Franchise Fee | | 20,790.09 |
| Great Escape<br>Attn: Finance Department<br>P.O. Box 511<br>Lake George, NY 12845 | Great Escape<br>Attn: Finance Department<br>P.O. Box 511<br>Lake George, NY 12845<br>518-792-3500 x3361 | Ticket Sales - Balance Due | | 15,825.00 |
| John H. Richards, Esq.<br>33 Park Street<br>P.O. Box 389<br>Glens Falls, NY 12801 | John H. Richards, Esq.<br>33 Park Street<br>P.O. Box 389<br>Glens Falls, NY 12801<br>518-745-5067 | Attorneys' Fees | | 11,542.70 |
| Lake George Regional Chamber<br>of Commerce<br>P.O. Box 272<br>Lake George, NY 12845 | Lake George Regional Chamber of Commerce<br>P.O. Box 272<br>Lake George, NY 12845<br>518-668-5755 | Membership Services, Dues | | 550.00 |

In re   ROYAL HOSPITALITY LLC d/b/a COMFORT SUITES         Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Leland Paper Company, Inc.<br>10 Leland Drive<br>Glens Falls, NY 12801 | Leland Paper Company, Inc.<br>10 Leland Drive<br>Glens Falls, NY 12801<br>518-792-0949 | Supplies | | 2,501.00 |
| Lumberjack Pass Amusements, LLC<br>c/o Andrew C. Kelly, Esq.<br>Jordan & Kelly, LLC<br>4 Fisher Street<br>Greenwich, NY 12834 | Lumberjack Pass Amusements, LLC<br>c/o Andrew C. Kelly, Esq.<br>Jordan & Kelly, LLC<br>Greenwich, NY 12834<br>518-692-1200 | Claim for breach of contract, loss of income | Contingent<br>Unliquidated<br>Disputed | 1,070,000.00 |
| Mead's Nursery<br>361 Ridge Road<br>Queensbury, NY 12804 | Mead's Nursery<br>361 Ridge Road<br>Queensbury, NY 12804<br>518-792-6533 | Services | | 852.91 |
| North Country Janitorial, Inc.<br>188 Dix Avenue<br>Glens Falls, NY 12801 | North Country Janitorial, Inc.<br>188 Dix Avenue<br>Glens Falls, NY 12801<br>518-793-8750 | Janitorial Services | | 154.00 |
| NYS Department of Labor<br>State Campus<br>Building 12<br>Albany, NY 12240-0002 | NYS Department of Labor<br>State Campus<br>Building 12<br>Albany, NY 12240-0002 | Audit Pending | Unliquidated<br>Disputed | 1.00 |
| NYS Department Taxation & Finance<br>Attn: Bankruptcy Insolvency Unit<br>P.O. Box 5300<br>Albany, NY 12205-0300 | NYS Department Taxation & Finance<br>Attn: Bankruptcy Insolvency Unit<br>P.O. Box 5300<br>Albany, NY 12205-0300 | Audit Pending | Unliquidated<br>Disputed | 1.00 |
| Oreck Commercial Sales<br>c/o Edmar Corporation<br>Oreck Commercial Sales<br>100 Armstrong Road, Suite 101<br>Plymouth, MA 02360 | Oreck Commercial Sales<br>c/o Edmar Corporation<br>Oreck Commercial Sales<br>Plymouth, MA 02360<br>800-242-1378 | Vacuum Cleaners | | 359.00 |
| Ormondo S. Leombruno, CPA, PC<br>565 Bay Road<br>Queensbury, NY 12804 | Ormondo S. Leombruno, CPA, PC<br>565 Bay Road<br>Queensbury, NY 12804<br>518-792-4701 | Accounting Services | | 255.00 |
| Simplex Grinnell<br>District 101<br>1399 Vischer Ferry Road<br>Clifton Park, NY 12065 | Simplex Grinnell<br>District 101<br>1399 Vischer Ferry Road<br>Clifton Park, NY 12065<br>518-952-6040 | Security Services | | 600.00 |
| U.S. Food Service, Inc.<br>P.O. Box 642554<br>Pittsburgh, PA 15264-2554 | U.S. FoodService, Inc.<br>P.O. Box 642554<br>Pittsburgh, PA 15264-2554<br>800-253-0277 | Food | | 1,172.22 |

B4 (Official Form 4) (12/07) - Cont.

In re  ROYAL HOSPITALITY LLC d/b/a COMFORT SUITES    Case No. _____
　　　　　　　　　　　　　Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Warren County Treasurer<br>1340 State Route 9<br>Lake George, NY 12845 | Warren County Treasurer<br>1340 State Route 9<br>Lake George, NY 12845<br>761-6379 | Occupancy Tax | Unliquidated<br>Disputed | 8,450.63 |
|  |  |  |  |  |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  August 17, 2010    Signature  /s/ Marilyn E. Stark
　　　　　　　　　　　　　　　　　　　Marilyn E. Stark
　　　　　　　　　　　　　　　　　　　Member

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.