r

**SO ORDERED.**

**SIGNED this 28 day of October, 2010.**

_____
**ROBERT E. LITTLEFIELD, JR.
CHIEF UNITED STATES BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
_____

In re:

        ROYAL HOSPITALITY LLC
        d/b/a Comfort Suites,

                Debtor.

Case No. 10-13090

Chapter 11

_____

### THIRD INTERIM ORDER AUTHORIZING
### DEBTOR'S USE OF CASH COLLATERAL

Upon the Order to Show Cause dated August 19, 2010, and the Application by the Debtor for use of cash collateral, and upon the filing of an affidavit of proper service thereof, and the matter being heard before the Court for hearings on August 25, 2010, September 22, 2010 and October 20, 2010, and upon the appearance of Hodgson Russ LLP, Richard L. Weisz, Esq. of Counsel, attorneys for the Debtor; Maynard O'Connor Smith & Catalinotto, LLP, James R. Schultz, Esq. of Counsel, attorneys for CIT Lending Services Corporation; Lemery Greisler LLC, Paul A. Levine, Esq. of Counsel, attorneys for Empire State Certified Development Corp.,

as Servicing Agent for the United States Small Business Administration; and Kevin Purcell, Esq. of the Office of United States Trustee, and upon the consent of the parties appearing, it is hereby

**ORDERED**, that the Debtor shall be entitled to use cash collateral until further Order of this Court for the payments identified in its budget attached to its Application, subject to the following conditions:

(1) CIT Lending Services Corporation is paid $41,000.00 on or before November 5, 2010;

(2) Empire State Certified Development Corp., as Servicing Agent for the United States Small Business Administration, is paid $8,500.00 on or before November 5, 2010;

(3) Peter Shabat is paid $1,500.00 on or before November 5, 2010;

(4) Marilyn Stark, and her sons, George P. Stark and Michael J. Stark, continue to receive only $1,000.00 per week from the Debtor and George H. Stark receives nothing from the Debtor;

(5) That all fees due to the Office of United States Trustee are paid, and it is further

**ORDERED**, that all secured creditors shall receive a replacement and rollover lien on collateral subject to their secured claims as adequate protection, and it is further

**ORDERED**, that a further hearing on the Debtor's use of cash collateral shall take place before this Court on **December 1, 2010 at 10:30 a.m.**

###