**SO ORDERED.**

**SIGNED this 07 day of December, 2010.**

                                                      **ROBERT E. LITTLEFIELD, JR.**
                                            **CHIEF UNITED STATES BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

---

In re:

        ROYAL HOSPITALITY LLC
        d/b/a Comfort Suites,

                      Debtor.

Case No. 10-13090

Chapter 11

---

## FOURTH INTERIM ORDER AUTHORIZING
## DEBTOR'S USE OF CASH COLLATERAL

Upon the Order to Show Cause dated August 19, 2010, and the Application by the Debtor for use of cash collateral, and upon the filing of an affidavit of proper service thereof, and the matter being heard before the Court for hearings on August 25, 2010, September 22, 2010, October 20, 2010 and December 1, 2010, and upon the appearance of Hodgson Russ LLP, Richard L. Weisz, Esq. of Counsel, attorneys for the Debtor; Maynard O'Connor Smith & Catalinotto, LLP, James R. Schultz, Esq. of Counsel, attorneys for CIT Lending Services Corporation; Lemery Greisler LLC, Paul A. Levine, Esq. of Counsel, attorneys for Empire State Certified Development Corp., as Servicing Agent for the United States Small Business

Administration; and Kevin Purcell, Esq. of the Office of United States Trustee, and upon the consent of the parties appearing, it is hereby

**ORDERED**, that the Debtor shall be entitled to use cash collateral until further Order of this Court for the payments identified in its Budget for November and December, 2010 attached hereto, subject to the following conditions:

(1)    CIT Lending Services Corporation is paid $41,000.00 on or before December 5, 2010;

(2)    Empire State Certified Development Corp., as Servicing Agent for the United States Small Business Administration, is paid $8,500.00 on or before December 5, 2010;

(3)    Peter Shabat is paid $1,500.00 on or before December 5, 2010;

(4)    Marilyn Stark, and her sons, George P. Stark and Michael J. Stark, continue to receive only $1,000.00 per week from the Debtor and George H. Stark receives nothing from the Debtor;

(5)    That all fees due to the Office of United States Trustee are paid, and it is further

**ORDERED**, that all secured creditors shall receive a replacement and rollover lien on collateral subject to their secured claims as adequate protection, and it is further

**ORDERED**, that a further hearing on the Debtor's use of cash collateral shall take place before this Court on **January 12, 2011 at 10:30 a.m.**

###

# Royal Hospitality LLC Case #10-23090- Chapter 11
## Budget
### November and December 2010

|  | Nov 10 | Dec 10 |
|---|---:|---:|
| **Ordinary Income/Expense** | | |
| **Income** | | |
| 4000 · Sales | | |
| 4010 · Taxable Sales | 65,000.00 | 76,000.00 |
| **Total 4000 · Sales** | 65,000.00 | 76,000.00 |
| 4200 · Miscellaneous Income | | |
| 4203 · Misc | | |
| 4205 · Vendor Credit | | |
| **Total 4200 · Miscellaneous Income** | | |
| **Total Income** | 65,000.00 | 76,000.00 |
| **Gross Profit** | 65,000.00 | 76,000.00 |
| **Expense** | | |
| 6000 · Advertising and Promotion | 0.00 | 300.00 |
| 6020 · Automobile Expense | | |
| 6020 · Automobile Expense - Other | 875.00 | 875.00 |
| **Total 6020 · Automobile Expense** | 875.00 | 875.00 |
| 6040 · Bank Service Charges | 1,800.00 | 2,100.00 |
| 6090 · Cleaning & Sanitation | 1,000.00 | 1,000.00 |
| 6170 · Commissions | 0.00 | 0.00 |
| 6180 · Computer and Internet Expenses | 0.00 | 0.00 |
| 6247 · Dues & Subscriptions | 0.00 | 0.00 |
| 6280 · Franchise Fees | | |
| 6281 · Franchise Fees | 15,000.00 | 5,500.00 |
| 6282 · Franchise Commissions | 4,000.00 | 5,000.00 |
| **Total 6280 · Franchise Fees** | 19,000.00 | 10,500.00 |
| 6290 · Hotel Supplies | 19,500.00 | 16,100.00 |
| 6330 · Insurance Expense | | |
| 6331 · DBL Insurance | 0.00 | 0.00 |
| 6333 · Liability Insurance | 4,000.00 | 4,000.00 |
| 6337 · Workers Compensation Ins | 0.00 | 0.00 |
| **Total 6330 · Insurance Expense** | 4,000.00 | 4,000.00 |
| 6340 · Interest Expense | | |
| 6341 · Leach Interest Expense | | |
| 6345 · Shabbat Interest | 1,500.00 | 1,500.00 |

# Royal Hospitality LLC Case #10-23090- Chapter 11
## Budget
### November and December 2010

|  | Nov 10 | Dec 10 |
|---|---:|---:|
| 6340 · Interest Expense - Other |  |  |
| **Total 6340 · Interest Expense** | 1,500.00 | 1,500.00 |
|  |  |  |
| 6370 · Lease Expense |  |  |
| 6380 · License & Registration |  |  |
| 6460 · Miscellaneous |  |  |
| 6465 · O/s Tax obligations | 1,000.00 | 1,000.00 |
| 6490 · Office Supplies | 300.00 | 300.00 |
| 6600 · Payroll Expenses |  |  |
|     6601 · Officers Salary | 12,000.00 | 12,000.00 |
|     6603 · Payroll | 15,000.00 | 15,000.00 |
| **Total 6600 · Payroll Expenses** | 27,000.00 | 27,000.00 |
|  |  |  |
| 6610 · Payroll Taxes |  |  |
|     6611 · Fica/Medicare Taxes | 1,685.00 | 1,685.00 |
|     6613 · FUI Expense | 15.00 | 15.00 |
|     6615 · SUI Expense | 100.00 | 100.00 |
| **Total 6610 · Payroll Taxes** | 1,800.00 | 1,800.00 |
|  |  |  |
| 6650 · Penalities |  |  |
| 6670 · Professional Fees |  |  |
|     6671 · Accounting | 7,000.00 | 7,000.00 |
|     6674 · Surveyors |  |  |
|     6675 · Legal |  |  |
| **Total 6670 · Professional Fees** | 7,000.00 | 7,000.00 |
|  |  |  |
| 6678 · Promotional Ticket Sales |  |  |
| 6680 · Real Estate Taxes |  |  |
| 6690 · Rent Expense |  |  |
|     6692 · SBA/Colson Services | 8,500.00 | 8,500.00 |
|     6691 · CIT Lending Services | 41,000.00 | 41,000.00 |
|     6690 · Rent Expense - Other |  |  |
| **Total 6690 · Rent Expense** | 49,500.00 | 49,500.00 |
|  |  |  |
| 6700 · Rental Exp Misc |  |  |
|     6701 · Equipment Rental |  |  |
| **Total 6700 · Rental Exp Misc** |  |  |
|  |  |  |
| 6720 · Repairs and Maintenance |  |  |
|     6721 · Building Repairs | 4,000.00 | 4,000.00 |
|     6723 · Equipment Repairs | 500.00 | 500.00 |
|     6725 · Landscaping | 5,000.00 | 0.00 |
| **Total 6720 · Repairs and Maintenance** | 9,500.00 | 4,500.00 |

# Royal Hospitality LLC Case #10-23090- Chapter 11
## Budget
### November and December 2010

|  | Nov 10 | Dec 10 |
|---|---:|---:|
| **6800 · Taxes** | | |
|     6801 · Corporation Franchise Tax | | |
| **Total 6800 · Taxes** | | |
| | | |
| **6810 · Telephone Expense** | 650.00 | 650.00 |
| **6860 · Utilities** | | |
|     6861 · Cable TV | 0.00 | 1,550.00 |
|     6863 · Gas & Electric | 13,000.00 | 18,000.00 |
|     6864 · Security | | |
|     6865 · Water & Sewer | 9,600.00 | 0.00 |
| **Total 6860 · Utilities** | 22,600.00 | 19,550.00 |
| | | |
| **Total Expense** | 167,025.00 | 147,675.00 |
| | | |
| **Net Ordinary Income** | -102,025.00 | -71,675.00 |
| | | |
| **Other Income/Expense** | | |
|   Other Expense | | |
|     9500 · Void | | |
|   Total Other Expense | | |
| | | |
|   **Net Other Income** | | |
| | | |
| **Net Income** | -102,025.00 | -71,675.00 |